UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID B. MAGNUSON, | No. 2:17-cv-00604-TSZ |
| Plaintiff, | STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE |
| vs. | |
| BP WEST COAST PRODUCTS, L.L.C., a Delaware limited liability company; et al., | |
| Defendant. | |

## STIPULATED MOTION

The parties respectfully request that the Court extend the deadline to disclose expert testimony under FRCP 26(a)(2), which is currently set for February 20, 2018 (Dkt. #18). The parties also respectfully request that the Court extend the deadline to complete discovery, which is currently set for May 21, 2018 (Dkt. #18). The parties' request to extend the deadline to complete discovery is for expert witnesses only.

This is a personal injury and product liability case brought by an electrician for respiratory injuries alleged to have been sustained during a chemical exposure at the Cherry Point Refinery. Although the parties have already conducted discovery in this matter, the focus of such discovery efforts has been primarily focused on fact witnesses. The parties expect to

STIPULATED MOTION AND ORDER TO
EXTEND DISCOVERY DEADLINE -- 2

**MILLER NASH GRAHAM & DUNN LLP**
T. 206.624.8300 | F. 206.340.9599
~ Pier 70 ~
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121
No. 2:17-cv-00604-TSZ617015-0022/4812-6276-1306.2

utilize expert witnesses, but need a short extension of time in order to appropriately determine which expert witnesses to disclose.

The parties have conferred and agreed to two short extensions of current case schedule deadlines. These extensions will not affect the trial date. First, the parties have agreed, subject to this Court's approval, to extend the deadline to disclose expert testimony under FRCP 26(a)(2) to March 13, 2018, a three-week extension. Second, the parties have agreed, subject to this Court's approval, to extend the deadline to complete discovery as to expert witnesses for two weeks, to June 4, 2018. The parties do not seek extension of the discovery deadline for documents or information to be obtained from fact witnesses.

The parties agree that good cause exists to extend the discovery deadline, that a short extension of this deadline will promote judicial efficiency, and that no party will be prejudiced by the requested extension. Accordingly, the parties request the Court enter an Order extending the deadline to disclose expert testimony under FRCP 26(a)(2) from February 20, 2018 to March 13, 2018, and extending the discovery deadline from May 21, 2018, to June 11, 2018 for discovery related to expert witnesses only.

IT IS SO STIPULATED.

DATED this 31st day of January, 2018.

| | |
|---|---|
| */s/K. Michael Fandel* | */s/Richard J. Davies* |
| K. Michael Fandel, WSBA No. 16281 | Richard J. Davies, WSBA No. 25365 |
| */s/Brie Coyle Jones* | */s/Robert M. Kraft* |
| Brie Coyle Jones, WSBA No. 46769 | Robert M. Kraft, WSBA No. 11096 |
| MILLER NASH GRAHAM & DUNN LLP | */s/Marissa A. Olsson* |
| Pier 70, 2801 Alaskan Way Suite 300 | Marissa A. Olsson, WSBA No. 43488 |
| Seattle, WA 98121-1128 | KRAFT DAVIES, PLLC |
| Tel: (206) 777-7417 | 600 University Street, Suite 1904 |
| Fax: (206) 340-9599 | Seattle, WA 98101 |
| Email: michael.fandel@millernash.com | Tel: (206) 624-8844 |
| brie.jones@millernash.com | Fax: (866) 231-2499 |
| Attorneys for Defendant BP West Coast Products LLC | Email: RJD@admiralty.com |
| | RMK@admiralty.com |
| | MAO@admiralty.com |

STIPULATED MOTION AND ORDER TO
EXTEND DISCOVERY DEADLINE -- 2

**MILLER NASH GRAHAM & DUNN LLP**
T. 206.624.8300 | F. 206.340.9599
~ Pier 70 ~
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121
No. 2:17-cv-00604-TSZ617015-0022/4812-6276-1306.2

| | |
|---|---|
| /s/Dennis G. Woods<br>Dennis G. Woods, WSBA No. 28713<br>/s/Nicholas R. Major<br>Nicholas R. Major, WSBA No. 49579<br>SCHEER LAW GROUP, LLP<br>701 Pike Street, Suite 2200<br>Seattle, WA 98101<br>Tel: (206) 262-1200<br>Fax: (206) 223-4065<br>Email: dwoods@scheerlaw.com<br>         nmajor@scheerlaw.com<br>Attorneys for Defendant Unicat Catalyst Technologies, Inc. | Attorneys for Plaintiff<br>/s/Joanne Thomas Blackburn<br>Joanne Thomas Blackburn, WSBA No. 21541<br>GORDON THOMAS HONEYWELL, LLP<br>600 University Street, Suite 2100<br>Seattle, WA 98101-4185<br>Tel: (206) 676-7500<br>Fax: (206) 676-7575<br>Email: jblackburn@gth-law.com<br>Attorneys for Defendant Hydroprocessing Associates, L.L.C. |

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing for the requested extension, IT IS HEREBY ORDERED that the deadline to disclose expert testimony is extended to March 13, 2018 and the deadline complete expert discovery is extended to June 11, 2018. All other deadlines, including those set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 18, remain unchanged.

IT IS SO ORDERED.

ORDERED this 31st day of January, 2018.

_/s/ Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE -- 2

**MILLER NASH GRAHAM & DUNN LLP**
T. 206.624.8300 | F. 206.340.9599
~ Pier 70 ~
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121
No. 2:17-cv-00604-TSZ617015-0022/4812-6276-1306.2