# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAVID B. MAGNUSON,

        Plaintiff,

v.

BP WEST COAST PRODUCTS LLC, *a Delaware limited liability company*, UNICAT CATALYST TECHNOLOGIES *INC., a Texas for-profit corporation*, and HYDROPROCESSING ASSOCIATES LLC, *an Alabama for-profit limited liability company*,

        Defendants.

C17-604 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This case is based on diversity jurisdiction. *See* Complaint for Damages, docket no. 1 (the "Complaint"), at ¶ 6. Each party to this action that is a limited liability company is DIRECTED, on or before Tuesday, June 12, 2018, to file a disclosure under penalty of perjury, that will identify all of its members or owners, and indicate the state in which each member or owner was a citizen at the time the Complaint was filed. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990); *Johnson v. Columbia Prop. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). (For purposes of diversity jurisdiction, a limited liability company is a citizen of every state of which its owners/members are citizens.)

(2) The Court DEFERS ruling on defendant Unicat Catalyst Technologies, Inc.'s Motion to Compel a Fed. R. Civ. P. 35 Examination, docket no. 33 (the "Motion"),

MINUTE ORDER - 1

pending resolution of its diversity jurisdiction inquiry.  The Motion is RENOTED to Friday, June 15, 2018.

(3) The Court SETS a telephone conference call for Friday, June 15, 2018, at 11:00 a.m.  Counsel shall initiate a conference call and then contact the Court at (206) 370-8830.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2