# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAVID B. MAGNUSON,

           Plaintiff,

  v.

BP WEST COAST PRODUCTS LLC, et al.

           Defendants.

C17-604 TSZ

ORDER

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The Telephonic Conference previously set for June 15, 2018, at 11:00 a.m., *see* docket no. 44, is STRICKEN.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record. IT IS SO ORDERED.

Dated this 1st day of June, 2018.

                                                  Thomas S. Zilly
                                                  United States District Judge

ORDER - 1