THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID B. MAGNUSON,

                 Plaintiff,

        v.

BP WEST COAST PRODUCTS, L.L.C., a
Delaware limited liability company; UNICAT
CATALYST TECHNOLOGIES, INC., a
Texas for-profit corporation; and
HYDROPROCESSING ASSOCIATES
L.L.C., an Alabama for-profit limited liability
company,

                 Defendants.

NO.  2:17-cv-00604 TSZ

**ORDER GRANTING
PLAINTIFF'S MOTION TO RE-
OPEN THE CASE FOR
DEFENDANTS' FAILURE TO
FULLY FUND SETTLEMENT**

     This matter, having come before the Court on Plaintiff's Motion to Re-Open the

Case for Defendants' Failure to Fully Fund Settlement, docket no. 46, to which no opposition was

filed, and the Court having reviewed the Court's Order dated June 1, 2018 (docket no. 45), and

being fully advised, now therefore,

     IT IS ORDERED that Plaintiff's Motion to Re-Open the Case For Defendants'

Failure to Fully Fund Settlement is GRANTED.  The parties shall file a Joint Status Report within

thirty (30) days of this Order.

**KRAFT DAVIES P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844

1

2    The Clerk is DIRECTED to REOPEN this case and to send a copy of this Order to

3 all counsel of record.

4    DATED this 9th day of August, 2018.

5

6                 _Thomas S. Zilly_

7                Thomas S. Zilly
                United States District Judge

8 Presented by:

9

10

11 By:

12    s/ Richard J. Davies
    Richard J. Davies, WSBA #25365

13    Kraft Davies, P.L.L.C.
    600 University Street, Suite 1904

14    Seattle, Washington 98101
    Telephone: (206) 624-8844

15    Facsimile: (866) 231-2499
    E-mail: RJD@admiralty.com

16    Attorneys for Plaintiff

17

18

19

20

21

22

23

24

ORDER GRANTING PLAINTIFF'S MOTION TO RE-OPEN
THE CASE FOR DEFENDANTS' FAILURE TO FULLY FUND
SETTLEMENT  - 2
(No. 2:17-cv-00604 TSZ)